AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*      DISTRICT OF   NEVADA

AMY PETERSON and ANJE EARL,

  Plaintiff,

V.

WASHOE COUNTY, CYNTHIA WYETT,
and LIDIA OSMETTI, et al.,

  Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:08-CV-00581-PMP-RAM

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's Motion for Summary Judgment [58] is GRANTED.  FURTHER ORDERED that plaintiffs' Partial Motion for Summary Judgment [52] is DENIED.

| | |
|---|---|
| May 10, 2010 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |